456 A.2d 149

**COMMONWEALTH of Pennsylvania**

v.

**Bernard LARE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 28, 1983.

Decided Feb. 9, 1983.

Abraham J. Golden, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., David Da Costa, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Judgment of sentence affirmed.